IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID FLEISHER, MICHAEL CLIME, GARY IPPOLITO, ROBERT L. LIVINGSTON, DAVID TAILLON, on behalf of themselves and all others similarly situated, : : : : : : | CIVIL NO. 2:12-CV-01326-TR |
| Plaintiffs, : : | |
| v. : : : | |
| FIBER COMPOSITES, LLC, : : | |
| Defendant. : | |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF ACTION CLASS SETTLEMENT**

Plaintiffs David Fleisher, Michael Clime, Gary Ippolito, Robert L. Livingston, and David Taillon, individually and on behalf of all others similarly situated (collectively "Plaintiffs"), by and through their undersigned counsel and pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, hereby move for final approval of the proposed Settlement with Defendant Fiber Fiberon LLC (formerly known as Fiber Composites, LLC) ("Fiberon") memorialized in the Settlement Agreement that has been filed with the Court (ECF No. 51-4).

Fiberon does not oppose Plaintiffs' Motion.

This Motion is filed pursuant to the Court's September 4, 2013 Order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Provisional Certification of Settlement Class, Authorization to Disseminate Class Notice and Appoint of Class Representatives and Class Counsel (ECF No. 51) and is based upon the Memorandum of Law in Support; the Declaration of Charles J. Kocher in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and all Exhibits thereto, the Settlement

Agreement (ECF No. 51-4), all other pleadings and matters of record, and such oral and documentary evidence as may be presented at the hearing of this matter.

WHEREFORE, Plaintiffs respectfully request that this Court enter the proposed Final Order and Judgment.

Dated: November 13, 2013

> Respectfully submitted,
> **SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**
> By <u>S/ *Charles J. Kocher*</u>
>     Simon B. Paris
>     Charles J. Kocher (PA 93141)
>     Patrick Howard (PA 88572)
>     One Liberty Place, 52nd Floor
>     1650 Market Street
>     Philadelphia, PA 19103
>     Tel (215) 575-3985
>     Fax (215) 575-3894
>     E-mail: sparis@smbb.com
>     E-mail: ckocher@smbb.com
>     E-mail: phoward@smbb.com
>
> **HAGENS BERMAN SOBOL SHAPIRO LLP**
> Steve W. Berman
> Anthony D. Shapiro
> Robert F. Lopez
> 1918 Eighth Avenue, Suite 3300
> Seattle, WA 98101
> (206) 623-7292
> steve@hbsslaw.com
> tony@hbsslaw.com
> robl@hbsslaw.com
>
> **Attorneys for Plaintiffs and the Settlement Class**